UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendant. | ) CASE NO.<br>)<br>) JUDGE<br>)<br>) <u>REPORT OF PARTIES' PLANNING</u><br>) <u>MEETING UNDER FED. R. CIV.</u><br>) <u>P. 26(f) AND LR 16.3(b) and 23.1</u><br>) (For Use in Putative Class Actions) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b) and 23.1, a meeting was held on \_\_\_\_, 20\_\_\_, and was attended by:

   _____, Counsel for plaintiff(s) _____

   _____, Counsel for plaintiff(s) _____

   _____, Counsel for defendant(s) _____

   _____, Counsel for defendant(s) _____

2. The parties:

   \_\_\_\_\_ have exchanged the pre-discovery disclosures required by Rule 26(a)(1);

   \_\_\_\_\_ will exchange such disclosures by _____, 20\_\_\_;

   \_\_\_\_\_ object that initial disclosures are not appropriate in this action

3. The parties recommend the following track:

_____ Expedited _____ Standard _____ Complex

_____ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

_____ Early Neutral Evaluation _____ Mediation _____ Arbitration

_____ Summary Jury Trial _____ Summary Bench Trial

_____ Case not suitable for ADR

5. Recommended cut-off date for amending the pleadings (including proposed class definition) and/or adding additional parties:_____.

6. The parties _____ do/ _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Electronically Stored Information. The Parties: (indicate one):

_____ agree that there will be no discovery of electronically-stored information; or

_____ have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

2

8. Recommended Case Management Plan:

    ☐ Discovery relevant to appropriateness of certification of the proposed class be completed by:_____, including:

    plaintiff(s)' depositions by: _____

    defendant(s)' 30(b) depositions by: _____

    plaintiff(s)' expert reports by: _____

    defendant(s)' expert reports by: _____

    expert depositions by: _____

    ☐ Plaintiff's motion for class certification to be filed by_____.

    ☐ Defendant's opposition to motion for class certification to be filed by: _____.

9. Recommended dispositive motion date, if any:_____

10. Recommended date for a Status Hearing: _____

11. Other matters for the attention of the Court:

_____

_____

3

 

_____

_____

 

_____
Attorney for Plaintiff

_____
Attorney for Plaintiff

_____
Attorney for Defendant

_____
Attorney for Defendant

4