UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BESSIE CONNER, *On behalf of herself and All Other Persons Similarly Situated* <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER SUPPORT SERVICES, INC. <br><br> Defendant. | CASE NO: 1:20-CV-00701 <br><br> JUDGE PAMELA A. BARKER <br><br> MAGISTRATE GREENBERG |

## NOTICE OF FILING CONSENT FORM
## TO JOIN SUIT AS PARTY PLAINTIFF

Plaintiff Bessie Conner commenced the above-captioned action against Defendant Consumer Support Services, Inc. on behalf of herself and all similarly-situated current and former employees of Defendant as a collective action pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

Section 16(b) of the FLSA provides, in pertinent part, that "no employee shall be a party plaintiff to any [FLSA collective action] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought." 29 U.S.C. § 216(b).

As indicated in the attached Exhibit, the following class members have executed and filed a Consent Form to become party Plaintiffs in the above-captioned collective action pursuant to 29 U.S.C. § 216(b) of the FLSA:

| No. | Name |
|---|---|
| 1 | Deidra Johnson |

WHEREFORE, Plaintiff respectfully requests that the Court instruct the Clerk of Court to designate these individuals as party Plaintiffs pursuant to Section 16(b) of the FLSA.

Respectfully submitted,

/s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
4106 Bridge Avenue
Cleveland, OH 44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
**THE FUCHS FIRM LLC**
14717 South Woodland Road
Shaker Heights, Ohio 44120
216-505-7500 [phone and fax]
josh@fuchsfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have made an appearance by operation of the Court's electronic filing system and those parties may access the filing through the Court's system.

    /s/    Joshua B. Fuchs